STARNES *v.* THE MUTUAL LOAN AND BANKING COMPANY.

*Atkinson, J.*—The record presents no new legal question for adjudication by this court, and does not disclose the commission of any error in denying the injunction.

January 20, 1896.                            *Judgment affirmed.*

Petition for injunction. Before Judge Lumpkin. Fulton county. June 28, 1895.

*Robert L. Rodgers,* for plaintiff.
*Simmons & Corrigan,* for defendant.